# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jacob Morgan,<br><br>　　　　　Plaintiff<br><br>v.<br><br>District Attorney Family Support Division, D.A. Steven B. Wolfson, Jasmine Harris, and Heather Myers,<br><br>　　　　　Defendants | Case No. 2:25-cv-01547-CDS-EJY<br><br>**Order Adopting Magistrate Judge's Report and Recommendation and Closing Case**<br><br>[ECF No. 3] |

　　　　Plaintiff Jacob Morgan initiated this case on August 19, 2025, by filing a motion for leave to proceed *in forma pauperis* (IFP) alongside his complaint. ECF No 1; 1-1. Magistrate Judge Elayna J. Youchah granted Morgan's IFP application, screened his complaint pursuant to 28 U.S.C. § 1915(e)(2), and provided a report and recommendation (R&R) that I dismiss the complaint in its entirety as all of the defendants in this case are immune from suit. R&R, ECF No. 3.

　　　　Morgan had until September 4, 2025, to file any objections to the R&R. LR IB 3-2(a) (stating that parties wishing to object to an R&R must file specific written objections with supporting points and authorities within fourteen days); *see also* 28 U.S.C. § 636(b)(1)(C) (same). Morgan has neither objected to the R&R nor requested more time to do so; and "no review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Still, I nonetheless reviewed the magistrate judge's R&R and agree with the analysis and conclusion. ECF No. 3. So I accept the R&R in full.

Conclusion

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation R&R [ECF No. 3] **is accepted and adopted in its entirety.** This action is **dismissed with prejudice**.

The Clerk of Court is kindly directed to enter judgment accordingly, and to close this case.

Dated: September 9, 2025

_____
Cristina D. Silva
United States District Judge